[No. 19438-4-II.    Division Two.    November 15, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. JULIE A. O'DELL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-01345-9, Bruce Cohoe, J., entered May 12, 1995. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19561-5-II.    Division Two.    November 15, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. DOUGLAS CHARLES GLASFORD, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-00866-8, Roger A. Bennett, J., entered May 12, 1995. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 34328-9-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DONALDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07763-3, Robert S. Lasnik, J., entered March 16, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35276-8-I.    Division One.    November 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN KYLE SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00831-1, John M. Darrah, J., entered September 8, 1994. *Affirmed* by unpublished per curiam opinion.